Filed 7/15/13  P. v. Lemus CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ALEXANDER LEMUS,<br><br>    Defendant and Appellant. | 2d Crim. No. B242965<br>(Super. Ct. No. YA076553)<br>(Los Angeles County) |

Alexander Lemus appeals from the judgment entered after he pleaded no contest to misdemeanor grand theft.  (Pen. Code, § 487, subd. (c).)  The trial court suspended the imposition of sentence, and placed him on summary probation for 36 months, with various terms and conditions, including the payment of restitution.  After conducting restitution proceedings, the court ordered appellant to pay the victim $80,000.

Appellant worked as a collector, a counter, and a supervisor for Web Service Company, which owns and services laundry equipment in multi-unit residential complexes.  Web lost $80,000 while appellant had access to its collections.  Investigators and auditors linked the losses to appellant.

We appointed counsel to represent appellant on appeal.  Counsel filed a brief raising no issues and requesting our independent review pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  We notified appellant that he had 30 days in which to

advise us of any claims he wished us to consider. We have received no response from appellant.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 123-124; *People v. Wende, supra*, 25 Cal.3d at p. 441.)

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.


We concur:


GILBERT, P.J.


YEGAN, J.


2

Eric C. Taylor, Judge

Superior Court County of Los Angeles

_____

Jolene Larimore, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.